02-12-311-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00311-CV

 

 


 
 
 Cornelius Hudson
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Major Joe E. and Shirley Bryant
 
 
  
 
 
 APPELLEES
 
 


 

 

----------

FROM County
Court at Law No. 1 OF Tarrant COUNTY

----------

MEMORANDUM
OPINION[1]

----------

          Cornelius
Hudson, pro se, attempts to appeal from a contempt judgment.  On August 22,
2012, we notified Hudson of our concern that we might not have jurisdiction
over this appeal because contempt judgments generally are not appealable.  See
Ex parte Williams, 690 S.W.2d 243, 243 n.1 (Tex. 1985) (orig. proceeding); In
re Office of Attorney Gen. of Tex., 215 S.W.3d 913, 916 (Tex. App.—Fort
Worth 2007, orig. proceeding) (“A contempt judgment may be attacked by a
petition for writ of habeas corpus (if the contemnor is confined) or a petition
for writ of mandamus (if no confinement is involved) . . .; however, because a
contempt order is not a final judgment, a remedy by appeal does not lie.”)
(citation omitted).  We stated that unless Hudson or any party desiring to
continue this appeal filed a response showing grounds for continuing the appeal
on or before September 4, 2012, this appeal could be dismissed for want of
jurisdiction.  See Tex. R. App. P. 42.3(a).  Hudson filed a response,
but it does not show grounds for continuing this appeal.

          Because
the contempt judgment at issue is not a final judgment, nor is it an appealable
interlocutory order, we dismiss this appeal for want of jurisdiction.  See
Tex. R. App. P. 42.3(a), 43.2(f). 

 

PER CURIAM

 

PANEL: 
WALKER,
MCCOY, and MEIER, JJ.

 

DELIVERED:  September 27,
2012

 

 

 



 


 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00311-CV

 

 


 
 
 Cornelius
 Hudson
  
  
 v.
  
  
 Major
 Joe E. and Shirley Bryant
 
 
 §
  
 §
  
 §
  
 §
  
  
 
 
 From County Court at Law
 No. 1
  
 of
 Tarrant County (2010-081635-1)
  
 September
 27, 2012
  
 Per
 Curiam
 
 


 

 

JUDGMENT

 

          This
court has considered the record on appeal in this case and holds that the
appeal should be dismissed.  It is ordered that the appeal is dismissed for
want of jurisdiction.  

 

SECOND DISTRICT COURT OF APPEALS 

 

 

PER CURIAM

 

 









[1]See Tex. R. App. P. 47.4.